# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| THE STAYWELL COMPANY, a Delaware Company, | § § § |
| Plaintiff, | § § |
| v. | § CASE NO. 8:08-cv-00681-EAK-EAJ § § |
| WELLCARE HEALTH PLANS, INC., a Delaware Corporation, | § § § |
| Defendant. | § § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff The StayWell Company ("StayWell") and Defendant WellCare Health Plans, Inc. ("WellCare") (collectively, the "Parties"), have agreed to dismiss with prejudice their claims asserted in the present action, subject to the terms and conditions of the Parties' Settlement Agreement resolving the present action;

IT IS HEREBY STIPULATED AND AGREED by and between StayWell, on the one hand, and WellCare, on the other hand, through their respective counsel and subject to the approval of the Court, that:

1. All claims for relief asserted by StayWell against WellCare are dismissed with prejudice;

2. All claims for relief asserted by WellCare against StayWell are dismissed with prejudice.; and

3. Each Party shall bear its own attorneys' fees and costs associated with this action.

SO STIPULATED AND AGREED.

| | |
|---|---|
| By: /s/ Lonnie L. Simpson | By: /s/ Patrick T. Farley |
| Dated: September 11, 2008 | Dated: September 11, 2008 |

| | |
|---|---|
| Lonnie L. Simpson<br>Florida Bar No. 821871<br>lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>Florida Bar No. 849871<br>douglas.knox@dlapiper.com<br>**DLA PIPER LLP (US)**<br>100 N. Tampa Street, Suite 2300<br>Tampa, Florida 33602<br>(813) 229-2111 (Telephone)<br>(813) 229-1447 (Facsimile)<br><br>Ann K. Ford (admitted *pro hac vice)*<br>ann.ford@dlapiper.com<br>Thomas E. Zutic (admitted *pro hac vice*)<br>thomas.zutic@dlapiper.com<br>**DLA PIPER LLP (US)**<br>500 Eighth Street, NW<br>Washington, DC 20004<br>(202) 799-4000 (Telephone)<br>(202) 799-5000 (Facsimile)<br><br>**ATTORNEYS FOR DEFENDANT<br>WELLCARE HEALTH PLANS, INC.** | Todd E. Landis<br>Texas State Bar No. 24030226<br>tlandis@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>& FELD LLP**<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>(214) 969-2800 (Telephone)<br>(214) 969-4343 (Facsimile)<br><br>Patrick T. Farley<br>Texas State Bar No. 24036548<br>pfarley@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>& FELD LLP**<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>(214) 969-2800 (Telephone)<br>(214) 969-4343 (Facsimile)<br><br>G. Wrede Kirkpatrick<br>Florida Bar No: 984116<br>wkirkpatrick@csklawfirm.com<br>**CONWELL KIRKPATRICK, P.A.**<br>2701 North Rocky Point Drive<br>Suite 1200<br>Tampa, Florida 33607<br>(813) 282-8000 (Telephone)<br>(813) 282-8800 (Facsimile)<br><br>**ATTORNEYS FOR PLAINTIFF<br>THE STAYWELL COMPANY** |

# CERTIFICATE OF SERVICE
## (Electronic Filing)

I HEREBY CERTIFY that on September 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Gayle Wrede Kirkpatrick, Patrick T. Farley, Todd E. Landis, Sanford E. Warren, Jr., Lonnie L. Simpson, Christian C. Burden, S. Douglas Knox, Ann K. Ford and Thomas E. Zutic. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE.

/s/ Lonnie L. Simpson
Attorney